FILED

08/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0551

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 20-0551

STATE OF MONTANA,

Plaintiff and Appellee,

v.

MARGARET BEAR,

Defendant and Appellant.

**ORDER**

Upon consideration of the Appellant's Motion for Extension and good cause appearing:

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including Friday, October 8, 2021, within which to prepare, file and serve Appellant's opening brief on appeal.

DATED this _____ day of August, 2021.

_____
Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2021